**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| **MATTHEW JAMES LEACHMAN,** *Plaintiff,* | § § § | |
| **v.** | § | **CIVIL ACTION NO. 4:26-CV-04679** |
| **TOSIN DAN-ALIU ET. AL,** *Defendants.* | § § § § | |

# ORDER

On this day the Court considered **Defendants' Motion to Dismiss.** The Court is of the opinion that said motion has merit and Plaintiff Matthew James Leachman's claims against Defendants Tosin Dan-Aliu ("Tosin"), Quanita Evans("Evans"), Monica De Ruiz Velasco ("Velasco"), and Marsha Moberley ("Moberley"). Therefore, it is hereby **ORDERED** that Plaintiff's causes of action in the above-styled suit against Defendants are **DISMISSED WITH PREJUDICE**.

This order disposes of all claims by Plaintiff against Defendants and operates as a **FINAL JUDGMENT** as to them.

Signed on this the ______ day of _________________, 20____.

_________________________________

**PRESIDING JUDGE**