United States District Court
Southern District of Texas
**ENTERED**
August 17, 2026
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| MATTHEW JAMES LEACHMAN, | § | |
| Plaintiff, | § | |
| | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 4:26-CV-04679 |
| | § | |
| TOSIN DAN-ALIU, *et al.*, | § | |
| | § | |
| Defendants. | § | |

**ORDER**

Pending before the Court is *pro se* plaintiff, Matthew James Leachman's motion for leave to file electronically via CM/ECF (Dkt. No. 8). The motion is Denied.

It is so ORDERED.

SIGNED on August 17, 2026, at Houston, Texas.

Kenneth M. Hoyt
United States District Judge