United States District Court
Southern District of Texas
**ENTERED**
August 25, 2026
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| MATTHEW JAMES LEACHMAN, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 4:26-CV-04679 |
| | § | |
| TOSIN DAN-ALIU, *et al.*, | § | |
| | § | |
| Defendants. | § | |

## ORDER

On this day, the Court considered the plaintiff's unopposed motion for leave to file an amended complaint. (Dkt. No. 9). The motion is Granted.

Accordingly, it is, therefore, **ORDERED** that the plaintiff's First Amended Complaint filed at Docket Entry No. (8) is deemed filed.

It is so **ORDERED**.

SIGNED on August 25, 2026, at Houston, Texas.

Kenneth M. Hoyt
United States District Judge